IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDFIRST BANK, a Federally Charted Savings Association;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN E. BURNS, KAREN J. BURNS,<br><br>　　　　　Defendants. | **4:14CV3066**<br><br>**ORDER** |

The defendants have filed a notice of removal and an application to proceed with this litigation without prepaying fees or costs.  (Filing No. 3).  The information contained in the defendants' affidavit demonstrates that they are eligible to proceed *in forma pauperis*.

IT IS ORDERED:

1.　　Defendants' application, (filing no. 3), is granted.  The removal documents and state court pleadings shall be filed without the payment of fees.  In addition, any necessary service of process by these defendants shall be performed without the payment of fees.

2.　　This order is entered without prejudice to the court later entering an order taxing costs in this case.  No one, including the defendants, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

March 27, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge